IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY JORDAN COOK,<br><br>Defendant. | 8:17CR62<br><br>ORDER |

Defendant Anthony Jordan Cook appeared before the court on Tuesday, July 3, 2018, on an Amended Petition for Offender Under Supervision [39]. Defendant was represented by Assistant Federal Public Defender Richard H. McWilliams, and the government was represented by Assistant U.S. Attorney Erin R. Eldridge. Through his counsel, Defendant waived his right to a probable cause hearing on the Amended Petition for Offender Under Supervision [39] pursuant to Fed. R. Crim. P. 32.1(b)(1). The government moved for detention. A detention hearing was held. The court finds that Defendant has failed to carry his burden under Fed. R. Crim. P. 32.1(a)(6) to establish by clear and convincing evidence that he does not pose a danger to the safety of any other person or the community if released and therefore should be detained pending a dispositional hearing before Chief Judge Smith Camp. See 18 U.S.C. § 3143(a)(1).

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 30, 2018, at 11:00 a.m. Defendant must be present in person.

2. The government's motion to dismiss the Petition for Offender Under Supervision [33] is granted.

3. The defendant, Anthony Jordan Cook, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

4. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

5. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 3rd day of July, 2018

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge